UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JOSEPH L. MIZZONI, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00632-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| DEBRA BROOKS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#41[1]) entered on September 19, 2012, recommending granting Defendants' Motion for Summary Judgment (#16) filed on April 6, 2012. Plaintiff filed his Motion to Respond by a (sic) Objection to Magistrate Judge's Report and Recommendation (#44) on October 1, 2012. Defendants did not file a response.  This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#41) entered on September 19, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#41) entered on September 19, 2012, is adopted and accepted, and Defendants' Motion for Summary Judgment (#16) is GRANTED.

IT IS SO ORDERED.

DATED this 9th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE